**Order entered July 18, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00788-CV

## IN RE RONALD W. RIDDLE, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F03-01132**

## ORDER
Before Justices Lang-Miers, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition to the extent it requests this Court to direct the trial court to rule, and we **DISMISS** relator's petition for want of jurisdiction to the extent it seeks a writ directing the district clerk to take any actions.

/s/     ELIZABETH LANG-MIERS
        JUSTICE